AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| Environmental Law & Policy Center; Advocates for a Clean Lake Erie; Michael S. Ferner; Susan M. Matz<br>*Plaintiff*<br>v.<br>U.S. EPA, EPA Administrator Scott Pruitt, Acting EPA Regional Administrator Robert Kaplan<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Robert Kaplan
77 W. Jackson Blvd
Mail Code: R-19J
Chicago, IL 60604-3507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Madeline Fleisher
21 W. Broad St., 8th Floor
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 07/18/2017

*Signature of Clerk or Deputy Clerk*