UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ENVIRONMENTAL LAW AND POLICY CENTER, et al., | ) ) | |
| Plaintiffs, | ) | |
| | ) | No. 17-cv-1514 |
| v. | ) | |
| | ) | Hon. James G. Carr |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 27, 2019, Order, the parties file

this status report.  They continue to negotiate Plaintiffs' motion for

costs and attorneys' fees, and request the Court to continue to hold that

motion in abeyance.

Plaintiffs Environmental Law & Policy Center and Advocates for a

Clean Lake Erie have filed a new complaint, No. 3:19-cv-295, regarding

Ohio's 2018 Integrated Report, and Ohio's alleged constructive

submission of no TMDL for western Lake Erie.  The Lucas County

Board of Commissioners has also filed a new case, No. 3:19-cv-873,

regarding Ohio's 2018 Integrated Report and an alleged constructive

1

submission of no TMDL for western Lake Erie.  Both cases are assigned to Judge Carr.

Respectfully submitted this 31st day of May, 2019.

/s/ Daniel R. Dertke
DANIEL R. DERTKE,
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-0994
daniel.dertke@usdoj.gov

JUSTIN E. HERDMAN
United States Attorney

JODY L. KING (0094125)
Assistant United States Attorney
Northern District of Ohio
Four Seagate, Suite 308
Toledo, OH 43604-2624
Tel:  (419) 259-6376
Jody.King@usdoj.gov

Attorneys for Defendants

/s/ Madeline Fleisher (by permission)
MADELINE FLEISHER (91862)
Environmental Law & Policy Center
21 W. Broad St., 8th Floor
Columbus, OH 43215
Tel: (614) 569-3827
Fax: (312) 795-3730

mfleisher@elpc.org

MICHAEL BARSA (196043)
Northwester Pritzker School of Law
357 East Chicago Avenue
Chicago, IL 60611
Tel: (312) 503-7983
Fax: (312) 503-5950
m-barsa@northwestern.edu

Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court by using the CM/ECF system.  The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.


*/s/ Daniel R. Dertke*
Daniel R. Dertke

3