The Satisfaction of Judgment has been noted. Case closed.

It is so ordered.
s/James G. Carr
Sr. U.S. District Court Judge

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ENVIRONMENTAL LAW AND POLICY CENTER, et al., <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br>     Defendants. | ) <br> ) <br> ) <br> )    No. 17-cv-1514 <br> ) <br> )    Hon. James G. Carr <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SATISFACTION

On September 20, 2019, the United States District Court for the Northern District of Ohio entered a Stipulation and Order as to Attorneys' Fees and Costs, awarding Plaintiffs, Environmental Law & Policy Center and Advocates for a Clean Lake Erie, attorneys' fees and costs in the amount of $200,000.00. (Docket No. 74). Defendants have paid that amount to Plaintiffs and fully satisfied this judgment. Pursuant to paragraph 6 of the Stipulation and Order, Plaintiffs submit this Notice of Satisfaction.

Dated: July 7, 2020

Respectfully Submitted,

/s/ Howard A. Learner
Howard A. Learner
Executive Director
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, Ill. 6060
(312) 673-6500
HLearner@elpc.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2020, a copy of the foregoing *Notice of Satisfaction* was filed electronically using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    /s/ Howard A. Learner
                                                    Howard A. Learner
                                                    Executive Director
                                                    Environmental Law & Policy Center
                                                    35 East Wacker Drive, Suite 1600
                                                    Chicago, Ill. 6060
                                                    (312) 673-6500
                                                    HLearner@elpc.org

                                                    *Counsel for Plaintiffs*